IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REUBEN McDOWELL, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. 3:15-cv-0487 |
| | : | |
| v. | : | |
| | : | (Caldwell, J) |
| KEVIN A. DEPARLOS, | : | (Saporito, M.J.) |
| Warden, et al., | : | |
|     Defendants. | : | |

FILED
WILKES BARRE
MAR 15 2016
Per ms

## ORDER

AND NOW, this 15th day of March, 2016, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motion to appoint counsel (Doc. 45), is DENIED WITHOUT PREJUDICE.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge