UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


REUBEN MCDOWELL,              :
       Plaintiff             :
                             :  CIVIL NO. 1:15-CV-487
   v.                     :
                             :
KEVIN A. DEPARLOS, *et al.*,   :
       Defendants      :


*O R D E R*

      AND NOW, this 1st day of November, 2017, upon consideration of the report
and recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 92), entered on
October 5, 2017, to which no objections were filed, and upon independent review of the
record, it is ORDERED that:

      1.  Magistrate Judge Saporito's report and recommendation is ADOPTED.

      2.  Plaintiff's motion (Doc. 87) for voluntary dismissal is GRANTED.

      3.  Plaintiff's amended complaint (Doc. 46) is DISMISSED with prejudice
         pursuant to Fed. R. Civ. P. 41(a)(2).

      4.  The Clerk of Court is directed to close this case.


                  /s/ William W. Caldwell
                  William W. Caldwell
                  United States District Judge